*John S. Leahy* and *Roberts P. Elam* for petitioner. *Walter H. Pollmann* for respondent.

No. 178. NORTH LITTLE ROCK TRANSPORTATION CO., INC. *v.* CASUALTY RECIPROCAL EXCHANGE ET AL. C. A. 8th Cir. Certiorari denied. *A. F. House* for petitioner. *James B. Donovan* and *Edward L. Wright* for respondents.

No. 179. WALTON ET AL. *v.* CITY OF ATLANTA ET AL. C. A. 5th Cir. Certiorari denied. *John M. Slaton* for petitioners. *J. C. Murphy* and *Henry L. Bowden* for respondents.

No. 180. BROTHERHOOD OF RAILROAD TRAINMEN *v.* TEMPLETON ET AL. C. A. 8th Cir. Certiorari denied. *R. Carter Tucker* for petitioner. *James P. Aylward* and *Terence M. O'Brien* for Templeton; and *R. S. Outlaw* and *W. J. Milroy* for the Atchison, T. & S. F. R. Co. et al., respondents.

No. 181. RED ARROW FREIGHT LINES, INC. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Sam R. Sayers* for petitioners. *Acting Solicitor General Raum, Robert N. Denham, David P. Findling* and *Mozart G. Ratner* for respondent.

No. 182. LEWYT CORPORATION *v.* HEALTH-MOR, INC. ET AL. C. A. 7th Cir. Certiorari denied. *Carlton Hill* and *Casper W. Ooms* for petitioner. *Max W. Zabel* and *Benton Baker* for respondents.

No. 183. FINNEGAN, COLLECTOR OF INTERNAL REVENUE, *v.* DIMMITT-RICKHOFF-BAYER REAL ESTATE CO.

824

C. A. 8th Cir. Certiorari denied. *Solicitor General Perlman* for petitioner. *William H. Armstrong* for respondent.

No. 184. Nangle, Circuit Court Judge, *v.* Missouri ex rel. Taylor, Attorney General. Supreme Court of Missouri. Certiorari denied. *Morris A. Shenker* for petitioner. *J. E. Taylor,* Attorney General of Missouri, *Arthur M. O'Keefe* and *Robert R. Welborn,* Assistant Attorneys General, for respondent.

No. 185. Baker-Cammack Hosiery Mills, Inc. et al. *v.* Davis Company. C. A. 4th Cir. Certiorari denied. *James F. Byrnes, Henry N. Paul, Jr., Ernest F. Mechlin* and *Thornton H. Brooks* for petitioners. *James P. Burns, Charles A. Noone* and *Welch Jordan* for respondent.

No. 187. Indian Trails, Inc. *v.* Hynes. C. A. 7th Cir. Certiorari denied. *Lawrence C. Mills* for petitioner. *Joseph F. Elward* for respondent.

No. 188. Surprise, Trustee in Bankruptcy, *v.* Fletcher. C. A. 7th Cir. Certiorari denied. *George Cohan* for petitioner. *Harry Long* for respondent.

No. 189. Lansden et al. *v.* Hart, U. S. Attorney, et al. C. A. 7th Cir. Certiorari denied. *John F. Donelan* for petitioners. *Acting Solicitor General Raum, Assistant Attorney General Vanech* and *Roger P. Marquis* for Hart et al., respondents.